UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo Olmedo

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ (__)(__)

- against -

1) Corizon P.C.
2) Dr. Jean Richard
3) Mr. Park.

AFFIRMATION OF SERVICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Eduardo Olmedo, declare under penalty of perjury that I have served a copy of the attached Claim 42 USC §1983 / Ifp Forms etc. *(document you are serving)* upon Pro-se Clerk USDCSDNY *(name of person served)* whose address is 500 Pearl Street NY NY 10007 *(where you served document)* by US Postal Service *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: E. Elmhurst, NY
April 8, 2014

Signature: Eduardo Olmedo
Address: AMKC 18-18 Hazen St.
City, State: East Elmhurst
Zip Code: NY 11370
Telephone Number: 349-13-13842

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

① EDUARDO OLMEDO
PRO-SE Plaintiff.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

① CORIZON P.C.
MEDICAL ASSOCIATES OF NY
② DR. JEAN RICHARD
MEDICAL DIRECTOR A.M.K.C
③ DR. PARK
ASSISTANT MEDICAL DIRECTOR.
A.M.K.C.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name EDUARDO OLMEDO
            ID # 349-13-13842
            Current Institution A.M.K.C. - C-95
            Address 18-18 HAZEN STREET
            East Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name CORIZON P.C.   Shield #
                  Where Currently Employed CORIZON MEDICAL ASSOCIATES
                  Address OF NEW YORK.

Rev. 9/2010

Defendant No. 2   Name  DR. JEAN Richard (MD)   Shield #_____
Where Currently Employed  CORIZON LLC AMKC Medical
Address  dept. 18-18 HAZEN ST.
East Elmhurst NY 11370

Defendant No. 3   Name  DR. PARK (AMD)   Shield #_____
Where Currently Employed  CORIZON LLC/AMKC Medical
Address  dept. 18-18 HAZEN STREET
East Elmhurst NY 11370

Defendant No. 4   Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield #_____
Where Currently Employed _____
Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
ANNA M. KROSS CENTER MAIN CLINIC

B. Where in the institution did the events giving rise to your claim(s) occur?
MAIN CLINIC

C. What date and approximate time did the events giving rise to your claim(s) occur?
OCTOBER 2013 to the present DATE OF FILING CLAIM;

D. Facts: **SEE STATEMENT OF FACT'S ANNEXED HERETO**

*What happened to you?*

**(TOTAL OF 3 PAGES)**

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

(1) PAIN + SUFFERING (2) MENTAL ANGUISH (3) DETIRIATING OF BONE IN (4) ANKLE

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X**   No ___

Rev. 01/2010

(STATEMENT of FACTS)

(1) Plaintiff Eduardo Olmedo (hereinafter identified as plaintiff) came into the custody of N.Y.C. Department of Corrections in September 2013 with a pre-existing injury of a left ankel with several screws in it, to which the filing date of this claim now have broken screws in (L) ankel and the defendant(s) have vast knowledge of said condition of plaintiff injury and fail to provide adequate medical treatment, and rises to a clear civil rights violations and denial to minimum standards of adequate medical treatment and plaintiff pursues this claim under their personal and official compasities of all defendant.

(2) Plaintiff in October 2013 while incarcerated at the "Anna M. Kross Center" on Rikers Island made the medical department aware that he was having exstream pain in (L) ankel and that there are screws within the said ankel. On 2 occassions which resulted in a patient refferal to a foot doctor at the West Facility Medical Clinic, to which plaintiff saw on or about November 2013, which then after X-Ray/radiology reports were reviewed and seen

(4)

that the screws in plaintiff ankle were broken, plaintiff was then scheduled to have a follow-up appointment for the now broken screws in (L) ankel with an orthopedic M.D. which plaintiff saw in December 2013 at Belview Hospital, which again after review of radiology/x-ray reports and seeing broken screws in plaintiff (L) ankel, no corrective surjury was ordered or conducted, but plaintiff was sent back to AMKC/Rikers Island with no medical treatment to fix broken screws in plaintiff (L) ankel.

(3) Plaintiff has signed up approx. 25 times for facility sick call to which resulted in being seen at sick call services by P.A. Kelly about 8 times. and only physical therapy being ordered for the pain and condition of broken screws in plaintiff ankel but to this date only 1 session of P.T. has been given, and has not done anything but cause plaintiff more pain in (L) ankel.

(4) Plaintiff has been seen by medical staff in January + March 2014 in A.M.K.C.'s main clinic but to no avail has anything in medical standards been provided to fix the broken screws in plaintiff (L) ankel and is clearly a clear fact of deliberate indifference of medical care for plaintiff(s) injury.

(5) Defendants Dr. Jean Richard and Dr. Park both have knowledge of plaintiff condition

(2)

As Dr. Richard is the medical director and Dr. Park is the Assistant medical director and both must sign off on all medical treatments + all paitent refferals made by medical staff, and as being the only two actual doctors and allowing plaintiff to remain with broken screws in (L) ankel is an 8th Amendment violation as a wanton effect. Under ESTACLE V. GAMBLE, cruel + unusual punishment and a 14th USCA Constitution Amendment to equal protections of the law and due process rights.

(6) The failure to provide plaintiff with the adequate medical treatment for the broken screws is a valid stated claim under federal statue and a question of law that needs to be presented to a jury;

(7) Plaintiff request that this court allow plaintiff to persue a claim against CORIZON LLC the company that employee(s) the medical staff at all NYCDOC jails as their employee(s) conduct is their responsibility and all relief this court deems just and proper be granted in full; Thank you

respectfully submitted
By: X Eduardo Oluelo
(3) Pro-se plaintiff.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **ANNA M. KROSS CENTER / C-95**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No **X**   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No **X**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No **X**

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: **Medical services / treatment is not grievable on Rikers, the medical grievance forms were taken away.**

2. If you did not file a grievance but informed any officials of your claim, state who you informed.

when and how, and their response, if any: _____

_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I HAVE made several complaints to the medical dept. through sick call procedures on several occations but to no avail;

_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 10 Million From Each defendant in their offical + personal compasities;

_____
_____
_____
_____
_____
_____
_____
_____
_____

VI. Previous lawsuits:

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No  X

Rev. 05/2010